**FOURTH DIVISION**
**DILLARD, P. J.,**
**RICKMAN, P. J., and PIPKIN, J.**

**NOTICE: Motions for reconsideration must be**
***physically received*** **in our clerk's office within ten**
**days of the date of decision to be deemed timely filed.**
**https://www.gaappeals.us/rules**

**April 14, 2025**

# In the Court of Appeals of Georgia

A23A0713. GALLEGOS-MUNOZ v. STATE.

PER CURIAM.

Appellant Julio Cesar Gallegos-Munoz was convicted by a jury of child molestation. He appealed to this Court, arguing that the trial court wrongly excluded evidence that the victim previously made an allegedly false accusation of sexual misconduct against another individual, and that he was entitled to a new trial on account of this error. *Gallegos-Munoz v. State*, 369 Ga. App. 277 (893 SE2d 176) (2023). We affirmed his conviction and the denial of his motion for new trial, and Gallegos-Munoz filed a petition of certiorari to the Supreme Court of Georgia, which that court granted. Id. at 281-282.

Upon review, the Supreme Court determined that both this Court and the trial court applied the wrong standard in determining the admissibility of the prior allegation

evidence. *Gallegos-Munoz v. State*, 319 Ga. 803 (906 SE2d 711) (2024). Accordingly, the Supreme Court vacated our "judgment that affirmed the trial court's judgment and affirmed the denial of Gallegos-Munoz's motion for a new trial [and] direct[ed] us to vacate the trial court's rulings and remand the case for further proceedings consistent with this opinion." Id. at 820 (2) (f). Accordingly, our judgment in this case is hereby vacated, and the judgment of the Supreme Court of Georgia is hereby made the judgment of this Court. Consistent therewith, we hereby vacate the trial court's December 3, 2018 order barring the admission of alleged prior false accusation evidence, and we likewise vacate the portion of the trial court's order denying Gallegos-Munoz's motion for new trial on the ground that it erred by excluding such evidence. The trial court is ordered upon remand to reconsider these rulings under the framework set out by the Supreme Court in its opinion, including conducting further proceedings and hearings on this issue as the trial court deems necessary.

*Judgment vacated and case remanded with direction. Division Per Curiam. All Judges Concur.*